No. 84–196. FURMAN, DBA NORTHSIDE SECRETARIAL SERVICE *v.* THE FLORIDA BAR. Appeal from Sup. Ct. Fla. dismissed

for want of substantial federal question.